# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JENNIFER NEWELL,

    Plaintiff,   Case No. 19-CV-12087

v.   Hon. Thomas L. Ludington
    Magistrate Judge Patricia T. Morris

NORTHWOOD UNIVERSITY,

    Defendant.

| | |
|---|---|
| The Mastromarco Firm<br>Victor J. Mastromarco, Jr. (P34564)<br>Attorneys for Plaintiff<br>1024 N. Michigan Avenue<br>Saginaw, MI 48602<br>(989) 752-1414<br>vmastromar@aol.com | Marlo J. Roebuck (P65640)<br>Daniel C. Waslawski (P78037)<br>Jackson Lewis P.C.<br>Attorneys for Defendant<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900 (ofc)<br>(248) 936-1901 (fax)<br>Marlo.roebuck@jacksonlewis.com<br>Daniel.Waslawski@jacksonlewis.com |

## STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

    The parties, through their respective attorneys, stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and with each party to bear her or its own attorneys' fees and costs. The parties further stipulate and agree that entry of this Order will resolve all pending claims and close the case.

STIPULATED AND AGREED TO BY:

By: /s/Victor J. Mastromarco  (w/consent)
THE MASTROMARCO FIRM
Victor J. Mastromarco, Jr. (P34564)
Attorneys for Plaintiff
1024 N. Michigan Avenue
Saginaw, MI 48602
(989) 752-1414
vmastromar@aol.com
kkelly615@gmail.com

By:  /s/ Daniel C. Waslawski
JACKSON LEWIS P.C.
Marlo Johnson Roebuck (P65640)
Daniel C. Waslawski (P78037)
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, MI  48075
(248) 936-1900
roebuckm@jacksonlewis.com
daniel.waslawski@jacksonlewis.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

JENNIFER NEWELL,

      Plaintiff,                           Case No. 19-CV-12087

v.                                          Hon. Thomas L. Ludington
                                          Magistrate Judge Patricia T. Morris

NORTHWOOD UNIVERSITY,

      Defendant.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Pursuant to the above stipulation,

It is **ORDERED** that Plaintiff's Complaint is dismissed with prejudice and with each party to bear its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

Dated: March 26, 2020                             s/Thomas L. Ludington
                                                             THOMAS L. LUDINGTON
                                                               United States District Judge